UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISIOIN

| | | |
|---|---|---|
| ANEL MONTENELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-cv-06447 |
| | ) | Robert M. Dow Jr, |
| MEXICARE, INC. d/b/a | ) | United States District Court |
| MEXICARE PHARMACY, and | ) | |
| C.V. MANAGERS, INC. | ) | Michael T. Mason |
| | ) | United States Magistrate Judge |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The undersigned, as counsel for their respective parties. Stipulate that this case is dismissed.

For Plaintiff

s/Scott R. Dinin

_____

For Defendant

s/ Robert Orman

_____

Robert Orman

1 North LaSalle Suite 1775

Chicago IL 60602

312-372-0515

rob@ormanlawoffices.com