## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Anel Montenelli

                        Plaintiff,

v.                                                     Case No.: 1:15−cv−06447
                                                        Honorable Robert M. Dow Jr.

Mexicare, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On 4/1/2016, the parties filed a stipulation of dismissal [25]. The status hearing set for 4/7/2016 is stricken and no appearances are necessary on that date. Accordingly, this case action is dismissed. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.